CHRISTINE MCDERMOTT, ETC., ET AL. v. TENDUN CONSTRUCTORS, ET AL.

November 21, 1986.

Petition for certification denied.

MARILYN PERSICO, ET AL. v. PAUL MEDEIROS, ET AL.

November 21, 1986.

Petition for certification denied.

JUDITH REGIEC v. RICHARD K. VUONO.

November 21, 1986.

Petition for certification denied.

IN THE MATTER OF THE PROBATE OF THE ALLEGED WILL OF CECILIA FURMAN, DECEASED.

November 21, 1986.

Petition for certification denied.